1   Michael S. Sorgen [SBN 43107]
    Lisa P. Mak [SBN 260281]
2   LAW OFFICES OF MICHAEL S. SORGEN
    240 Stockton Street, 9th Floor
3   San Francisco, CA 94108
    Telephone: (415) 956-1360
4   Facsimile: (415) 956-6342
    Attorneys for Plaintiff
5

6   JOSEPH P. RUSSONIELO [SBN 44332]
    United States Attorney
7   JOANN M. SWANSON [SBN 88143]
    Chief, Civil Division
8   THOMAS R. GREEN [SBN 203480]
    Assistant United States Attorney
9   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
10  Telephone:    (415) 436-7314
    Facsimile:    (415) 436-6748
11  thomas.green@usdoj.gov
    Attorneys for Federal Defendant
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16  THERESA M. O'BRIEN,                    )   Case No.: CV-10-1830 EDL
                                           )
17              Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER TO EXTEND TIME FOR**
18       vs.                               )   **DEFENDANT'S RESPONSE TO**
                                           )   **COMPLAINT AND OTHER CASE**
19  JANET NAPOLITANO, SECRETARY,           )   **MANAGEMENT DATES**
    DEPARTMENT OF HOMELAND                 )
20  SECURITY,                              )
                                           )
21              Defendant.                 )
                                           )
22                                         )
                                           )
23                                         )

24          WHEREAS plaintiff THERESA M. O'BRIEN filed her EEO complaint on December 23,

25  2009; and,

26          WHEREAS plaintiff's administrative remedies would be deemed exhausted 180 days

27

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND
    TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT                               1
    AND OTHER CASE MANAGEMENT DATES

1    after she filed her EEO complaint, on June 22, 2010, and plaintiff would then be entitled to file a

2    complaint in District Court; and

3           WHEREAS plaintiff filed this action on April 28, 2010, before expiration of the statutory

4    180-day period for filing a lawsuit; and

5           WHEREAS a re-filed lawsuit would likely be a related case under Northern District

6    Local Rule 3-12(a) that would most likely be transferred to the same Judge originally assigned to

7    this action;

8           The parties, by and through their respective attorneys, after meeting and conferring

9    regarding FRCP 26 dates, hereby stipulate as follows:

10          That defendant reserves all defenses, including failure to exhaust, and shall have 60 days

11   from June 22, 2010 to respond to plaintiff's complaint.  Additionally, the parties request the

12   Court to continue the initial case management conference, currently calendared for August 10,

13   2010, by 60 days.  However, the parties are not adverse to engaging in an early alternative

14   dispute resolution process ("ADR") and agree that the current July 20, 2010 deadline to file

15   either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall remain

16   in effect absent further order from the Court.

17

18   Dated: June 29, 2010                    By: _____

19                                               LISA P. MAK
                                                 Attorneys for Plaintiff
20

21

22                                               JOSEPH P. RUSSONIELO
23                                               United States Attorney

24   Dated: June 29, 2010                        _____/s/_____
                                                 by THOMAS R. GREEN
25                                               Assistant United States Attorney

26

27

28   STIPULATION AND [PROPOSED] ORDER TO EXTEND
     TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT                                    2
     AND OTHER CASE MANAGEMENT DATES

## ~~[PROPOSED]~~ ORDER

It is so ordered as stipulated above.

Dated: <u>July 1, 2010</u>, 2010

*Elizabeth D. Laporte*

Magistrate Elizabeth D. Laporte