MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7314
    Facsimile:    (415) 436-6748
    jonathan.lee@usdoj.gov
    thomas.green@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THERESA M. O'BRIEN | ) | Case No. CV 10-1830 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO EXTEND ALTERNATIVE** |
| | ) | **DISPUTE RESOLUTION DEADLINE** |
| JANET NAPOLITANO, SECRETARY, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

The parties jointly request that the deadline for the parties to mediate this matter be extended by 60 days. The parties offer this joint stipulation in support of their request.

WHEREAS, the Court ordered for mediation to occur by January 10, 2011, or as soon thereafter as convenient to the assigned mediator;

WHEREAS, no extensions of time have been granted thus far to mediate this case;

WHEREAS, the parties agreed for mediation to take place before the assigned mediator Jacqueline Corley on January 10, 2011;

WHEREAS, the parties have engaged in settlement communications in advance of the mediation and discussed possible ways to resolve the matter;

WHEREAS, the parties now require further information from one another to explore a potential resolution along the lines discussed, but such information cannot be provided and assessed prior to the originally scheduled mediation date of January 10, 2011;

WHEREAS, the parties jointly believe that the prospect of having a successful mediation will be greater if the parties first have the opportunity to produce and assessed the desired information;

WHEREAS, the mediator, Jacqueline Corley, has communicated to the parties that she concurs with this approach of delaying the mediation so that the parties are optimally prepared to conduct a meaningful mediation; and

WHEREAS, the parties believe that they will have sufficient information and time to assess that information to conduct the mediation by March 11, 2011, or as soon thereafter as is convenient to the mediator:

The parties stipulate that the deadline to mediate the case shall be extended by 60 days, to March 11, 2011, or as soon thereafter as is convenient to the mediator.

1   It is so stipulated, through counsel of record.

2

3   DATED: January 5, 2011

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/
THOMAS R. GREEN
Assistant United States Attorney

10   DATED: January 5, 2011

/s/
LISA MAK
Attorney for Plaintiff

## ORDER

The case management schedule is revised to reflect that the deadline to mediate this case shall be extended by 60 days, to March 11, 2011, or as soon thereafter as is convenient to the mediator.

**IT IS SO ORDERED.**

Dated: January 7, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

3