Michael S. Sorgen [SBN 43107]
Joyce Kawahata [SBN 113159]
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:   (415) 956-1360
Facsimile:    (415) 956-6342

Attorneys for Plaintiff
THERESA M. O'BRIEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA M. O'BRIEN, | Case No.: C10-1830 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY FOR THE LIMITED PURPOSE OF OBTAINING PLAINTIFF'S MEDICAL RECORDS FROM TWO PROVIDERS** |
| vs. | |
| JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

**STIPULATION**

Plaintiff Theresa O'Brien and Defendant Janet Napolitano (hereinafter, collectively, "the parties"), by and through their respective counsel of record, and subject to Court approval, stipulate to the following:

1. The date originally set by the Court for completion of fact discovery was September 1, 2011.

2. The parties have completed all fact discovery consisting of a round of written discovery and the depositions of the principal fact witnesses including the plaintiff, her treating physician, and five defense witnesses.

3. Plaintiff objected that Defendant's Special Interrogatory No. 1 which requested a listing of all of Plaintiff's medical providers was temporally overbroad. In order to avoid the necessity of filing discovery motions, the parties recently concluded their efforts to meet and

1

confer on this issue and agreed to limit the temporal scope of discovery of the medical records to records from January 2003 to the present.

4. Accordingly, the parties agree to extend fact discovery for the limited purpose of allowing Defendant to subpoena medical records from January 2003 to the present, **excluding all psychiatric and mental health records,** in the possession of the following providers:

    a. Dr. Carlin Chi of South San Francisco Clinic, San Mateo Health System;

    b. Oregon Health Sciences University Hospitals and Clinics.

5. The parties have not previously requested any extensions in this matter.

**IT IS SO STIPULATED**.

Dated: September 8, 2011    LAW OFFICES OF MICHAEL S. SORGEN

By:    /s/ Joyce Kawahata
    Joyce Kawahata
    Attorneys for Plaintiffs

Dated: September 8, 2011    MELINDA L. HAAG
    UNITED STATES ATTORNEY

By:    /s/
    Juan D. Walker
    Assistant United States Attorney
    Attorneys for Defendant

**O R D E R**

Good cause appearing therefor, IT IS SO ORDERED.

Dated: September 9, 2011    _/s/ Elizabeth D. Laporte_
    Hon. Elizabeth Laporte
    United State ~~District Court~~ Judge
    Magistrate

2