MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Assistant United States Attorney

    450 Golden Gate Avenue, 9TH Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Fax: (415) 436-6748
    Email: juan.walker@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA M. O'BRIEN ) | No. C 10-1830 EDL |
| ) | |
|     Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO REMOVE INCORRECTLY** |
|     v. ) | **FILED DOCUMENT FROM DOCKET** |
| ) | **ENTRY NOS. 41 AND 45.** |
| JANET NAPOLITANO, SECRETARY, ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
|     Defendant. ) | |

    Plaintiff Theresa M. O'Brien ("Plaintiff"), and Defendant Janet Napolitano, Secretary of Homeland Security ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

    WHEREAS, on November 15, 2011, Defendant filed a motion for summary judgment. As part of this motion, Exhibit B to the Walker Declaration (Docket Entry No. 41), had a page the was filed incorrectly. It contained a date of birth on Bates # EDS0046. Additionally, on the McPartland Declaration (Docket Entry No. 45), Exhibit B contained the last four of the SSN at CBP 0024, and Exhibit J contained a date of birth at CBP 0157. At

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT FROM
DOCKET ENTRY NOS. 41 AND 45.
C 10-1830 EDL

Defendant's request, these docket links have been locked and remain locked.

ACCORDINGLY, the parties hereby stipulate and request that Docket Entry Nos. 41 and 45 be removed from the CM/ECF system and case file so that the Declarations (along with properly redacted Exhibits) may be re-filed with the personal information properly redacted.

**IT IS SO STIPULATED.**

Dated: November 16, 2011            LAW OFFICES OF MICHAEL S. SORGEN

                                                          /s/
                                    By: _____
                                          Joyce Kawahata
                                          Attorneys for Plaintiff

Dated: November 16, 2011            MELINDA L. HAAG
                                    UNITED STATES ATTORNEY

                                                          /s/
                                    By: _____
                                          Juan D. Walker[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

The Court ORDERS that the Walker Declaration (Docket Entry No. 41) and McPartland Declaration (Docket Entry No. 45) be removed from the CM/ECF system and case file so that the Exhibits may be re-filed with personal information redacted.

Dated: November 22, 2011            _____
                                    Hon. Elizabeth D. Laporte
                                    United State Magistrate Judge

---

[1] In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from the other signatory listed on this document.

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENT FROM DOCKET ENTRY NOS. 41 AND 45.
C 10-1830 EDL

2