**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA M. O'BRIEN,                              No. C 10-01830 EDL

    Plaintiff,                              **ORDER OF CONDITIONAL DISMISSAL**

v.

JANET NAPOLITANO,

    Defendant.
_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before May 31, 2012 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

    The pretrial conference and trial dates set in this matter are hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 20, 2012

                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge