IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA M. O'BRIEN, | No. C 10-01830 EDL |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| JANET NAPOLITANO, | |
| Defendant. | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before May 31, 2012 for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

The pretrial conference and trial dates set in this matter are hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 20, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge